Raymond D. McElfish, Esq. (SBN 224390)
Tara Heckard-Bryant., Esq. (SBN 212534)
**MCELFISH LAW FIRM**
1112 N. Sherbourne Drive
West Hollywood, CA 90069
Telephone: (310) 659-4900
Facsimile: (310) 659-4926

Jeffrey L. Geren, Esq. (SBN 73777)
**LAW OFFICES OF JEFFREY L. GEREN**
 **& ASSOCIATES, APC**
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436
Telephone: (818) 986-2555

Attorneys for Plaintiff, Maria Garcia, individually and as successor-in-interest to Decedent Albert Garcia

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA AT LOS ANGELES

| | |
|---|---|
| MARIA GARCIA, | Case No.: 2:18cv-10629-S-KS |
| Plaintiff, | |
| vs. | [Assigned to the Hon. Dale S. Fischer] |
| | **ORDER** |
| CITY OF SAN FERNANDO; SAN FERNANDO POLICE DEPARTMENT; POLICE CHIEF, ANTHONY VAIRO; SGT. PAUL VENTIMIGLIA, AND OFFICERS BENNY SIMONZAD AND JEFFREY PAK AND DOES 1-10, Inclusive, | |
| Defendants. | |

1

**ORDER**

## ORDER

The foregoing stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: 12/2/2019

_____
Honorable Dale S. Fischer
U.S. District Judge

**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**